197 So. 903

**Zelon SPARKS and Ellis Godwin v. STATE.**

8 Div. 957.

Court of Appeals of Alabama.
June 25, 1940.

H. T. Foster, of Scottsboro, for appellants.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.